1  Lewis E. Hudnell, III (CASBN 218736)
   lewis@hudnelllaw.com
2  Nicolas S. Gikkas (CASBN 189452)
   nick@hudnelllaw.com
3  HUDNELL LAW GROUP P.C.
   800 W. El Camino Real Suite 180
4  Mountain View, California 94040
   Telephone: 650.564.3698
5  Facsimile: 347.772.3034

6

7  Attorneys for Plaintiff
   VoIP-Pal.com, Inc.

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  3:22-CV-03199-JD<br><br>**JOINT STIPULATION OF DISMISSAL** |
| --- | --- |
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:22-cv-05419-JD |

25

26     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, VoIP-Pal.com, Inc., and

27  Defendant, Google LLC, hereby stipulate to the dismissal of the action.  All claims of infringement

28  that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE.  All claims,

defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE and all pending requested relief should be denied as moot.  Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Lewis E. Hudnell, III* | */s/ Matthias Kmaber (with permsission)* |
| Lewis E. Hudnell, III (CASBN 218736) | Matthias A. Kamber (SB # 232147) |
| lewis@hudnelllaw.com | matthiaskamber@paulhastings.com |
| Nicolas S. Gikkas (CASBN 189452) | PAUL HASTINGS LLP |
| nick@hudnelllaw.com | 101 California Street, 48th Floor |
| HUDNELL LAW GROUP P.C. | San Francisco, CA 94111 |
| 800 W. El Camino Real Suite 180 | Telephone: (415) 856-7000 |
| Mountain View, California 94040 | Facsimile: (415) 856-7100 |
| Telephone: 650.564.3698 | |
| Facsimile: 347.772.3034 | Robert W. Unikel (*pro hac vice*) |

robertunikel@paulhastings.com
John A. Cotiguala (*pro hac vice*)
johncotiguala@paulhastings.com
Matthew R. Lind (pro hac vice)
mattlind@paulhastings.com
Grayson S. Cornwell (*pro hac vice*)
graysoncornwell@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Attorneys for Plaintiff
VoIP-Pal.com, Inc.

Robert R. Laurenzi (*pro hac vice*)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Ariell N. Bratton (SB # 317587)
ariellbratton@paulhastings.com
Cole D. Malmberg (SB # 305250)
colemalmberg@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
GOOGLE LLC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims of infringement that Plaintiff raised or could have raised in this action are dismissed with prejudice;

IT IS FURTHER ORDERED that all claims, defenses, or counterclaims that Defendant raised are dismissed without prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _June 7, 2023_____          _____

James Donato
United States District Judge

JOINT STIPULATION OF DISMISSAL
3:22-cv-3199-JD; 3:22-cv-5419-JD